UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THOMAS F. LIOTTI, ESQ., on behalf of himself and the :
Pro Bono Publico Bar Association, Inc.           :
                                                 :
                           Plaintiffs,:
                                                 :   19-cv-4264 (WFK) (LB)
         -against-                               :
                                                 :
THE NASSAU COUNTY BD. OF ELECTIONS, THE          :
NEW YORK STATE BD. OF ELECTIONS, THE             :
NASSAU COUNTY REPUBLICAN COMMITTEE;              :
THE NASSAU COUNTY DEMOCRATIC
COMMITTEE; THE NASSAU COUNTY
CONSERVATIVE PARTY; INDEPENDENCE PARTY
OF NEW YORK STATE; and WORKING FAMILIES
PARTY,
                           Defendants.
------------------------------------------------------------ X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior proceedings and papers filed herein, Defendant NEW YORK STATE BOARD OF ELECTIONS ("State Board") by its attorney, Letitia James, Attorney General of the State of New York, will move this Court before the Honorable William F. Kuntz, United States District Judge, Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York 11209 for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice all claims asserted by the Plaintiff against the State Board for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, and granting such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's Order dated October 26, 2020, Plaintiff's response and any cross-motion shall be served on the State Board no later than March 15, 2021. Defendant State Board's opposition to Plaintiff's cross-motion (if any) shall be served by April 15, 2021. Defendant State Board's reply to Plaintiff's opposition to its motion to dismiss shall be served by April 30, 2021, at which time all motion papers shall be filed.

Dated: New York, New York
January 15, 2021

                                LETITIA JAMES
                                Attorney General of the State of New York

By: *Jane R. Goldberg*
      Jane R. Goldberg
      Assistant Attorney General
      Litigation Bureau
      New York State Office of the Attorney General
      120 Broadway – 24th Floor
      New York, New York 10271
      jane.goldberg@ag.ny.gov
      (212) 416-6133

TO:

Counsel of Record
(via email)