UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

THOMAS F. LIOTTI, ESQ., on behalf of himself
And the Pro Bono Publico Bar Association, Inc.,

                    Plaintiff,

            -against-

THE    NASSAU    COUNTY    BOARD    OF
ELECTIONS, THE NEW YORK STATE BOARD
OF  ELECTIONS,  THE  NASSAU  COUNTY
REPUBLICAN  COMMITTEE,  THE  NASSUA
COUNTY  DEMOCRATIC  COMMITTEE,  THE
NASSAU  COUNTY  CONSERVATIVE  PARTY,
THE   BAR   ASSOCIATION   OF   NASSAU
COUNTY, INDEPENDENCE PARTY OF NEW
YORK  STATE,  and  WORKING  FAMILIES
PARTY,

                    Defendants.

--------------------------------------------------------------------X

**Index No.: 19-cv-04264(WFK)(LB)**

**NOTICE OF MOTION**

   **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Stephen Martir, dated

January 15, 2021, and the exhibits annexed thereto; and the accompanying Memorandum Of

Law, dated January 15, 2021, and upon all other pleadings and proceedings heretofore had

herein, Defendants, THE NASSAU COUNTY REPUBLICAN COMMITTEE and THE

NASSAU COUNTY CONSERVATIVE PARTY, will move this Court, at the United States

Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn,

New York 11201, before the Honorable William F. Kuntz, II, at a time and date to be determined

by the Court, for an order, pursuant to Rule 12 of the Federal Rules of Civil Procedure,

dismissing Plaintiff's complaint, in its entirety, and granting such other and further relief as the

Court deems just, proper, and equitable.

Dated: Mineola, New York
        January 15, 2021

Stephen L. Martir (SLM-1118)
Bee Ready Fishbein Hatter & Donovan, LLP
*Attorneys for Defendants*
*The Nassau County Republican Committee and*
*The Nassau County Conservative Party*
170 Old Country Road
Mineola, New York 11502
Telephone No.: (516) 746-5599
Fax No.: (516) 746-1045